## James Betinis and James Photakis, Appellees, v. S. J. Gregory, Appellant.

Gen. No. 42,794.

opinion filed May 23, 1944. Bluford, Krinsley, Schultz & Voorheis, for appellant; Lazarus Krinsley and Raymond Harkrider, of counsel; Heth, Lister & Flynn, for appellees. Opinion by JUSTICE SCANLAN. Not to be published in full.